IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HAYWOOD HOUSTON,**          :
    **Plaintiff,**          :
                :
**vs.**          :    **CIVIL ACTION 11-678-CG-M**
                :
**GWENDOLYN GIVENS, et al.,**          :
                :
    **Defendants.**          :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant's Motion to Dismiss (Doc. 35) is granted and this action is dismissed with prejudice.

DONE this 21st day of December, 2012.

                /s/ Callie V. S. Granade
                UNITED STATES DISTRICT JUDGE