IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HAYWOOD HOUSTON, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 11-678-CG-M |
| | : | |
| GWENDOLYN GIVENS, et al., | : | |
| Defendants | : | |

ORDER

After due and proper consideration of all portions of this action deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the plaintiff's motion for leave to appeal in forma pauperis is hereby **DENIED** because the appeal is frivolous, without arguable merit and not taken in good faith.

**DONE** and **ORDERED** this 3rd day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE